LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRAYSON SHEBAY,<br><br>Defendant. | Case No. 2:21-cr-00197-JAD-NJK<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>(FIRST REQUEST)   ECF No. 74 |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, GRAYSON SHEBAY by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Jason M. Frierson, United States Attorney and Kimberly Anne Sokolich, Assistant United States Attorney, that sentencing in the above-captioned matter currently set for May 3, 2023 at 2:30 p.m. be continued to a date and time convenient to the Court, but no sooner than 90 days from the current scheduled hearing.

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant requests additional time to gather information and material in support of Defendant's sentencing;

2. That counsel for Defendant has spoken with Kimberly Anne Sokolich, Assistant United States Attorney, who has no objection to the continuance;

3. Defendant is currently incarcerated and has no objection to a continuance;

4. That denial of this request for continuance could result in a miscarriage of justice; and

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on May 3, 2023.

DATED this 21st day of April, 2023.

                                    Respectfully Submitted,

                                    /s/ Lance Hendron
                                  Lance J. Hendron, Esq.
                                  Attorney for Defendant


                                  /s/ Kimberly Anne Sokolich
                                  Jason M. Frierson,
                                  United States Attorney
                                  Kimberly Anne Sokolich,
                                  Assistant United States Attorney

HENDRON LAW GROUP LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Tel (702) 710-5555 • Fax (702) 718-5555

2

LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRAYSON SHEBAY,<br><br>Defendant. | Case No. 2:21-cr-00197-JAD-NJK |

### FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. That counsel for Defendant requests additional time to gather information and material in support of Defendant's sentencing;

2. That counsel for Defendant has spoken with Kimberly Anne Sokolich, Assistant United States Attorney, who has no objection to the continuance;

3. Defendant is currently incarcerated and has no objection to a continuance;

4. That denial of this request for continuance could result in a miscarriage of justice; and

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on May 3, 2023.

## ORDER

**IT IS HEREBY ORDERED** the trial currently scheduled for May 3, 2023, be vacated, and continued to the 1st day of August, 2023, at the hour of 10:00 a.m.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 25, 2023