# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>GRAYSON SHEBAY,<br><br>       Defendant. | Case No. 2:21-cr-00197-JAD-NJK<br><br>ORDER<br><br>(Docket No. 81) |

On December 19, 2023, while represented by counsel, Defendant Grayson Shebay filed a *pro se* motion. Docket No. 81. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 81, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: December 21, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE